**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Fiona Stokes–Gilbert

                           Plaintiff,

v.                                     Case No.:
                                     1:25–cv–13604

                                     Honorable Jeffrey I
                                     Cummings

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 8, 2026:

      MINUTE entry before the Honorable Jeffrey I Cummings: The Court is in receipt of plaintiff's renewed motion for default judgment [40] as to the remaining defendants and finds as follows. First, no defendants appeared by the Court ordered deadline to respond to plaintiff's initial motion for default judgment, which sought the same relief as the renewed motion. As such, and as previously indicated, the Court considers the motion unopposed. Second, in support of personal jurisdiction, plaintiff has now provided proof of sales of the infringing products to customers in Illinois as to each remaining defendant. See Liu v. Monthly, 170 F.4th 1090 (7th Cir. 2026); (Dckt. #41–3). Finally, based on the evidence previously submitted by plaintiff and the admission of liability by virtue of the default, plaintiff has established that a permanent injunction should be entered. The infringement of plaintiff's copyrights irreparably harms plaintiff and confuses the public. This infringement was willful and statutory damages are awarded. After considering the nature of the products, the price point, the absence of any concrete evidence of lost profits or high–volume infringement by defendants (plaintiff has failed to seek an accounting of profits), the value of plaintiff's brand, and the need to deter infringement that is easily committed and difficult to stop, the Court concludes, within its discretion, that $15,000 is an appropriate award of statutory damages. See Dolls Kill, Inc. v. MengEryt, No. 24–2841, 2025 WL 3033729, at *2 (7th Cir. Oct. 30, 2025) ("District courts have broad discretion in managing these [Schedule A] cases, which often depart from the general rule in favor of adversarial proceedings, especially when they result in a default judgment.") (cleaned up). Enter Final Judgment Order. The previously set 5/29/26 tracking status hearing and all pending deadlines are stricken. Civil case terminated. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was

generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.