ILND 450 (Rev. 10/13) Judgment in a Civil Action

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

**Fiona Stokes-Gilbert**,

Plaintiff(s),

v.

**Partnerships and Unincorporated Associations Identified on Schedule A**,

Defendant(s).

Case No.  25cv13604

Judge Jeffrey I. Cummings

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐  in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐  in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒  other: IT IS HEREBY ORDERED that Plaintiff's Motion for a Default Judgment is GRANTED in its entirety and that Final Judgment is entered against each of the Defaulting Defendants as listed on the attached First Amended Schedule A in the amount of $15,000.

This action was *(check one)*:
☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Cummings on a motion for default judgment.

Date:  7/8/2026

Thomas G. Bruton, Clerk of Court

C. Chambers, Deputy Clerk

**First Amended Schedule A**

| No. | Defendants |
| --- | --- |
| 1 | |
| 2 | |
| 3 | shanxihaohaoyiyishangmaoyouxiangongsihua |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | iChen2025 |
| 9 | |
| 10 | |
| 11 | longlinkejifuwu |
| 12 | |
| 13 | DaFengXinXingJianCai |
| 14 | |
| 15 | HuiChengChongShangMaoFuZhuangDian |
| 16 | 济南华春茂服装商贸有限公司 |
| 17 | ZanHuangXianZheYangJianZhuAnZhuangYouXianGongSi |
| 18 | HuHeHaoTeShiLuBoYaoShangMaoYouXianZeRenGongS |
| 19 | |
| 20 | Beodin |
| 21 | ddefs |
| 22 | |
| 23 | |
| 24 | LianGuangWuZiXiaoShou |
| 25 | 户外辉手电品 |
| 26 | wngob |
| 27 | |
| 28 | ywyxgs |
| 29 | AnZhenJianZhuGongCheng |
| 30 | 莱莉电子配件 |
| 31 | |
| 32 | |
| 33 | |
| 34 | |
| 35 | LONAZ |
| 36 | |
| 37 | zhoukouguixinshangmaoyouxiangongsi |

| 38 | |
| 39 | |
| 40 | |
| 41 | sunmalin |
| 42 | |
| 43 | |
| 44 | ChengJiDianZiChanPin |
| 45 | |
| 46 | |
| 47 | limnnn |
| 48 | HuHeHaoTeShiQianMiaoYingShangMaoYouXianZeRenGongS |
| 49 | 金华市淑徵服饰有限公司 |
| 50 | JiexiMa |